FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 2 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Michael Coomes, <br><br> Defendant. | CR-17-00530-PHX-DJH(JZB) <br><br> **INDICTMENT** <br><br> VIO: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) <br> (Possession With Intent to Distribute Methamphetamine, a Controlled Substance) <br> Count 1 <br><br> 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) <br> (Possession With Intent to Distribute Heroin, a Controlled Substance) <br> Count 2 <br><br> 21 U.S.C. § 844 <br> (Possession of Anabolic Steroids a Controlled Substance) <br> Count 3 <br><br> 18 U.S.C. § 666(a) <br> (Theft) <br> Count 4 |

THE GRAND JURY CHARGES:

## COUNT 1

On or between September 20, 2016 and October 22, 2016, in the District of Arizona, the defendant, MICHAEL COOMES, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

On or Between September 20, 2016 and October 22, 2016, in the District of Arizona, the defendant, MICHAEL COOMES, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about November 30, 2016, in the District of Arizona, the defendant, MICHAEL COOMES, did knowingly, intentionally, and unlawfully possess a controlled substance, that being Anabolic Steroids, a schedule III controlled substance.

In violation of Title 21, United States Code, Section 844.

## COUNT 4

On or between June 1, 2015 and July 5, 2016, in the District of Arizona, the defendant, MICHAEL COOMES, an agent of the Gila River Indian Community Police Department, did, without lawful authority, embezzle, steal, obtain by fraud or otherwise and did knowingly convert to the use of any person other than the rightful owner, Methamphetamine and Heroin valued at more than $5,000.00, which was owned by or under the care, custody, or control of the Gila River Community Police Department, which receives in excess of $10,000.00 under a Federal program involving a grant, contract,

/ / /
/ / /
/ / /
/ / /

subsidy, loan, guarantee, insurance, or other form of federal assistance, within any one-year period.

In violation of Title 18, United States Code, Section 666(a)

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: April 11, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/
ANTHONY W. CHURCH
Assistant U.S. Attorney